# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Deckers Outdoor Corporation | ) |
| | ) Case No: 15 C 3249 |
| v. | ) |
| | ) Chief Judge Ruben Castillo |
| The Partnerships and Unincorporated | ) |
| Associations Identified on Schedule "A" | ) |

## ORDER

Motion hearing held on 4/21/2015. Counsel for the Plaintiff appeared. Plaintiff's motion to exceed page limitation [11] is granted. Plaintiff's motion for leave to file under seal (1) Plaintiff's amended complaint, (2) Schedule A attached to the Amended Complaint, and (3) Exhibits 22 and 23 to the Declaration of Graham Thatcher [12] is granted. Plaintiff's ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary transfer of the defendant domain names, a temporary asset restraint, expedited discovery, and service of process by email and/or electronic publication [10] are all granted. The Temporary Restraining Order will also be filed under seal until further Court order. All defendants are to answer or otherwise plead to the complaint within fourteen days of service. The Court will hold a status hearing in open court on 5/6/2015 at 10:00 a.m.

Date:  April 21, 2015                    /s/ Chief Judge Ruben Castillo